IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY LATEE WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-CV-3068 |
| | ) |
| POLLOHUSKY, MCGRAFF, and | ) |
| DON LYMAN, | ) |
| | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On February 29, 2012, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*, however Plaintiff failed to provide sufficient information as to his income, debts, and assets. The Court, by Text Order dated March 2, 2012, requested Plaintiff to supplement his affidavit and answer specific questions regarding his financial status. That Text Order set a deadline of March 16, 2012 for Plaintiff to respond. The Text Order of March 2, 2012 advised if a timely response was not received, the case was subject to dismissal for want of prosecution. No supplement or response was filed. On March 27, 2012, the Court entered another Text Order giving *pro se* Plaintiff an extension to April 9, 2012 to respond or risk

dismissal of the matter for want of prosecution. As of this date, *pro se* Plaintiff has failed to comply with the Court's orders. The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

*Pro se* Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER: April 11, 2012

    FOR THE COURT:

                                              *s/ Byron G. Cudmore*
                                              BYRON G. CUDMORE
                              UNITED STATES MAGISTRATE JUDGE